**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:26-cv-00291**

JILL COSHLAND,

    Plaintiff,

v.

BRETT BOLTON,

    Defendant.

)
)
)
)
)
)
)

**DEFENDANT'S MOTION
TO DISMISS AND
MOTION TO TRANSFER**

NOW COMES Defendant, by and through counsel of record, and hereby respectfully bring the present Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), and to transfer this matter pursuant to 28 U.S.C. § 1404.

Defendants' Motion to Dismiss and Transfer should be granted for the reasons set forth in the Memorandum of Law in Support of this Motion filed concurrently.

The grounds on which Defendant is entitled to dismissal are, in summary, as follows:

1.      The parties are residents of Florida and thus there is no diversity jurisdiction.

2.      Defendant is a resident of Florida and is not subject to personal jurisdiction in North Carolina.

3.      The Plaintiff has no standing to assert claims on behalf of a business partnership.

4.      The Plaintiff has failed to state claims for Negligent or Intentional Infliction of Emotional Distress.

5.      The Plaintiff's Claims are not valued at $75,000 and thus the amount in controversy is not sufficient to invoke federal jurisdiction.

6.	In the alternative, this action should be transferred to Florida, where two companion cases are already pending.

Respectfully submitted, this the 22nd day of June, 2026.

/s/ John M. Kirby
John M. Kirby
N.C. State Bar No. 20014
Law Offices of John M. Kirby, PLLC
4801 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 861-9050
Email: john@legal-nc.com
Counsel for Defendant Brett Bolton

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Defendant's Motion for Extension of Time to File Answer with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

This the 22nd day of June, 2026.

/s/ John M. Kirby
John M. Kirby
Counsel for Defendant Brett Bolton